USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

GRACIELA BRETSCHNEIDER DONCOUSE,

        Plaintiff,

-AGAINST-

GROUND CENTRAL COFFEE COMPANY AND
KNOCKLOFTY MGMT., LLC, A DOMESTIC
LIMITED LIABILITY COMPANY

        Defendants.

------------------------------------------------ X

CASE NO. **1:16-cv-8223**

**STIPULATION OF DISCONTINUANCE *WITH PREJUDICE***

    **IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel for the parties, Defendants, GROUND CENTRAL COFFEE COMPANY and Plaintiff, GRACIELA BRETSCHNEIDER DONCOUSE:

    **IT IS HEREBY FURTHER STIPULATED AND AGREED,** Counsel represent that they have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED,** No party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED,** The entire above entitled action is discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41 as against all Defendants and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this stipulation may be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the court.

**IT IS HEREBY STIPULATED AND AGREED** that this stipulation may be filed without further notice with the Clerk of the Court by any party herein.

Dated:   New York, New York
         March 9, 2017

THE MARKS LAW FIRM, PC

By: _____
Bradly G. Marks, Esq.
175 Varick Street, 3rd Fl
New York, New York 10014
(t) 646-770-3775
(f) 646-867-2639
Email: brad@markslawpc.com
*Attorney for Plaintiff*

MOSS & KALISH, PLLC

By: _____
David B. Gelfarb
122 East 42nd Street
New York, New York 10168
T: (212) 867-4488
F: (212) 983-5276
E: Gelfarb@mosskalish.com
*Attorney for Defendants*

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.

SO ORDERED.

_____

March 10, 2017